IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                        CASE NO. 5:04-cr-3-MCR-GRJ

GIOVANNI GAYLE
_____/

**REPORT AND RECOMMENDATION**

This case is before the Court on Doc. 26, a pleading filed by Defendant styled as a "Letter of Rogatory" which has been referred to the undersigned for recommended disposition. Defendant is serving a 102-month sentence in federal prison pursuant to his guilty plea to three counts of perjury. Docs. 20, 23. Defendant did not appeal, and this case was closed in July 2004. A review of the Bureau of Prisons online inmate locator reflects that Defendant is presently confined at Rivers CI in Winton, North Carolina, and has an anticipated release date in August 2014.

The purpose of the instant pleading is unclear. Defendant makes reference to nonexistent "liens" allegedly connected with this case and appears to seek "release" of such liens. The pleading contains no cognizable claims stemming from his criminal conviction in this Court. Because the instant pleading seeks no relief connected to this case, the undersigned concludes that it is frivolous and should be stricken.

Accordingly, it is respectfully **RECOMMENDED** that Defendant's "Letter of Rogatory," Doc. 26, be **STRICKEN** and the Defendant be **WARNED** that the filing of

frivolous pleadings will result in the imposition of sanctions.

**IN CHAMBERS** this 14th day of April 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.