UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

v.                                                                      Case No.  5:04cr3/MCR/GRJ

**GIOVANNI GAYLE**
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 4, 2014 (doc. 27).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.   Defendant's "Letter of Rogatory" (doc. 26) is **STRICKEN** as frivolous. Defendant is cautioned that the further filing of frivolous pleadings may result in the imposition of sanctions.

**DONE and ORDERED** this 5th day of September, 2014.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**